CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>DeLowe R. Juan<br>DOB: 1979; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-08950MJ |

Complaint for violation of Title 18 United States Code § 751(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 27, 2022, in Tucson, in the District of Arizona, **DeLowe R. JUAN** did knowingly escape from the custody of Dismas Charities, an institutional facility located at 3443 S. Richey Blvd., Tucson, Arizona, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Arizona under case CR 17-01851-001-TUC-JGZ, upon conviction for the commission of Conspiracy to Possess with Intent to Distribute Marijuana, in violation of Title 21 U.S.C. §§ 841 and 846, a felony; all in violation of Title 18, United States Code, § 751(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 16, 2018, **DeLowe R. JUAN**, was sentenced to the custody of the Attorney General for a term of seventy-two (72) months pursuant to his conviction for Conspiracy to Possess with Intent to Distribute Marijuana, in violation of Title 21, U.S.C. §§ 841 and 846, in case number CR 17-01851-001-TUC-JGZ. According to the Bureau of Prisons, **JUAN** was to be released from custody on December 10, 2022, via good conduct release. Pursuant to his 72-month commitment to the Bureau of Prisons and by the authority of the Attorney General of the United States, **JUAN** was designated to serve a portion of his sentence at Dismas Charities, an institutional facility, located at 3443 S. Richey Blvd, Tucson, Arizona. On September 27, 2022, **JUAN** left Dismas Charities without approval after he was asked to provide a urine sample. Thereafter, **JUAN** was placed on escape status by the Bureau of Prisons. His whereabouts are unknown.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA R.Arellano  *Digitally signed by RAQUEL ARELLANO Date: 2022.10.28 15:57:40 -07'00'*<br>Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE | SIGNATURE OF COMPLAINANT<br>MICHAEL AHUMADA *Digitally signed by MICHAEL AHUMADA Date: 2022.10.28 16:09:12 -07'00'*<br><br>OFFICIAL TITLE<br>Deputy U.S. Marshal Michael Ahumada<br><br>DATE<br>October 28, 2022 |

cc: USM, AUSA, PTS

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54